# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

MICHAEL PONDER,

    Petitioner

**V.**                           Case No. 04-0859-CV-W-ODS-P

GARY KEMPKER,

    Respondent

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: the petition for writ of habeas corpus is denied; and this case is dismissed with prejudice. (ODS)(dw)

Entered on: 8/26/05

                                                          P.L. BRUNE
                                                          CLERK OF COURT

                                                          D.M. WEINZERL
                                                          (By) Deputy Clerk